UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| | * | |
| VERSUS | * | NO. 17-201 |
| | * | |
| LILBEAR GEORGE | * | |
| CHUKWUDI OFOMATA | * | |
| CURTIS JOHNSON, JR. | * | SECTION: "I" |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Curtis Johnson, Jr. will submit for consideration his motion to sever penalty phases before the Honorable Lance M. Africk on September 16, 2020 at 2:00 p.m.

Respectfully submitted,

*/s/ Ralph S. Whalen, Jr.*
Ralph S. Whalen, Jr., 8319
2950 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-3170
Telephone: (504) 525-1600
ralphswhalen@ralphswhalen.com

*/s/ Ian Atkinson*
William P. Gibbens, 27225
Ian Atkinson, 31605
SCHONEKAS, EVANS MCGOEY
 & MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana 70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
billy@semmlaw.com
ian@semmlaw.com

*Counsel for Defendant, Curtis Johnson, Jr.*