UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-201 |
| VERSUS | SECTION "I" |
| CURTIS JOHNSON, JR.<br>  a/k/a Blow | VIOLATION:<br>18 U.S.C. § 1951(a), 924(c),<br>924(j)(1), 1512(c)(1), and 2 |

## RE-NOTICE OF PRETRIAL CONFERENCE AND TRIAL BY JURY
## PRETRIAL CONFERENCE RESET FOR FEBRUARY 22, 2022 AT 10:30 A.M.

Take Notice that this criminal case has been reset for **TRIAL** on **MARCH 28, 2022 at 8:30 A.M.,** before U.S. District Judge Lance M. Africk, 500 Poydras Street, Courtroom C427, New Orleans, LA 70130.

    **\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   November 12, 2021 | CAROL MICHEL, CLERK |
| TO:<br>Curtis Johnson, Jr.   **(CUSTODY)** | Issued by: Bridget Gregory, Deputy Clerk |
| **Counsel for Curtis Johnson, Jr.:**<br>Ralph S. Whalen , Jr.<br>Energy Centre<br>1100 Poydras St., Suite 2950<br>New Orleans, LA 70163<br>Email: ralphswhalen@ralphswhalen.com | AUSA:   Gregory M. Kennedy, Brittany L. Reed<br>          Inga C. Petrovich<br><br>S/A Steven Rayes, FBI |
| William P. Gibbens   and<br>Ian Lewis Atkinson<br>909 Poydras Street, Suite 1600<br>New Orleans, LA 70112<br>Email: billy@semmlaw.com<br>Email: ian@semmlaw.com | U.S. Marshal<br>U.S. Probation Office<br>U.S. Probation Office - Pretrial Services Unit<br><br>**JUDGE**<br>**MAGISTRATE**<br><br>COURT REPORTER COORDINATOR<br>INTERPRETER:   NONE |
| **If you change address,<br>notify clerk of court<br>by phone, 589-7752** | |